# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | ID No. 2008005975 |
| | ) | |
| JENNIFER NARVELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This 9th day of May, 2023, upon consideration of Defendant, Jennifer Narvell's ("Defendant") *pro se* Amended Motion for Modification of Sentence,[1] Defendant's prior record, and the sentence imposed upon Defendant, it appears to the Court that:

1. On January 10, 2023, Defendant was found in violation of the terms of her probation and sentenced to two years at Level V incarceration, suspended for one year at Level IV DOC discretion, suspended after successful completion of Level IV DOC discretion to one year at Level III probation.[2]

2. In her Motion, Defendant requests that the Court modify the remaining Level V portion of her sentence to Level III probation and asserts the following grounds: (i) she has no history of substance abuse, (ii) her violation of probation was

---

[1] D.I. 15.
[2] D.I. 13.

due to losing her home, (iii) she turned herself in when she realized her mistake, and (iv) her ten-year-old daughter is dependent on the care she provides.[3]

3. While the Court acknowledges Defendant's hardships and commends her for taking the initiative to answer for her violation of probation, these reasons do not warrant reduction or modification of Defendant's sentence.

4. The Court concludes that Defendant's sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court that would warrant a reduction or modification of this sentence.

For the foregoing reasons, Defendant's Motion for Modification of Sentence is hereby **DENIED**.

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

Cc:   Jennifer Narvell (SBI #00591939), HDPWTF, New Castle, DE
       Kristina Lehman, Esq., DAG, Department of Justice, Wilmington, DE

---

[3] D.I. 15.